**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2021
MARCH 15, 2022 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:22-cr-56

18 U.S.C. § 924(a)(1)(A)

COREY MICHAEL PERKINS

**I N D I C T M E N T**

The Grand Jury Charges:

1. At all relevant times, Jewelry Gold & Pawn was located in Huntington, Cabell County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about June 30, 2020, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant COREY MICHAEL PERKINS aided, abetted, counseled, and induced "J.P.," a person known to the Grand Jury, to make false statements to acquire the following firearms from Jewelry Gold & Pawn:

    a. Rock Island M1-1911 FS, .45 caliber pistol;

    b. Taurus 1911, .45 caliber pistol;

    c. Anderson AM-15, multi caliber rifle; and

    d. Spikes ST-15, .300 caliber rifle.

3. In connection with the acquisition of the aforesaid firearms, defendant COREY MICHAEL PERKINS aided, abetted, counseled and induced "J.P." to knowingly make a false statement and representation with respect to the information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Jewelry Gold & Pawn, that is, defendant COREY MICHAEL PERKINS aided, abetted, counseled and induced "J.P." to falsely state and represent on a Department of Justice ATF Form 4473 that "J.P." was the actual transferee and buyer of the aforesaid firearms when, in fact, as defendant COREY MICHAEL PERKINS well knew he was the true actual transferee and buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: *Courtney Cremeans*
COURTNEY L. CREMEANS
Assistant United States Attorney